GEORGE MORRISON, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CONN.; NORTHERN BRITISH & MERCANTILE INSURANCE COMPANY, LIMITED, OF ENGLAND; INSURANCE COMPANY OF NORTH AMERICA, PHILADELPHIA, PA.; AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK, and E. C. NIVER, District Supervisor of Fire Companies' Adjustment Bureau, Inc., Albany, New York, as Trustee of the Northern British & Mercantile Insurance Company, Limited, of England, The American Eagle Fire Insurance Company of New York, The Insurance Company of North America, Philadelphia, Pa., and The National Fire Insurance Company of Hartford, Conn., Appellants.— Action upon four fire insurance policies for losses suffered by the plaintiff as a consequence of the destruction of certain property by fire. Judgment for the plaintiff, and order denying defendants' motion to set aside the verdict and for a new trial, unani-

mously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.